UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANTHONY HEGEDUS, BRYANT LOWE, JONATHAN OGNIAN, RICHARD CARSON, and DEOSHA BATTLES,**
on behalf of themselves and all other persons similarly situated, known and unknown,

            Plaintiffs,

vs.

**NEXEN CORPORATION**, a Michigan for-profit corporation, **STEVEN KIRKA**, a natural person, **PACE RUNNERS, INC.**, a Michigan for-profit corporation, **AMAZON.COM DEDC LLC**, a Washington for-profit corporation, and **AMAZON.COM, INC.**, a Delaware for-profit corporation,

            Defendants.

Case No:  18-cv-10798-MOB-MKM
Hon. Marianne O. Battani
Magistrate Judge Mona K. Majzoub

_____/

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT

This matter is before the Court on the Parties' Amended Joint Motion in Support for Approval of Collective Action Settlement and Plaintiffs' Petition for Attorneys' Fees and Costs ("Motion") (Dkt. 40).

After reviewing the Motion, together with the Joint Stipulation of Settlement and Release (the "Agreement"), the proposed Notice to FLSA Collective Members, and the proposed Consent to Join Form, the Court finds and orders as follows:

1.       The settlement memorialized in the Agreement is fair, reasonable, and adequate.  It is the result of arms'-length negotiations between experienced attorneys who are familiar with FLSA collective litigation in general, and with the legal and factual issues of this case in particular.

2.       The Court has considered the pleadings, papers, and arguments made by the Parties in support of the Motion and finds that the following FLSA Collective should be conditionally certified as a collective action under 29 USC § 216(b) for settlement purposes only:

> All individuals employed by or under contract with Defendant Nexen who worked as a delivery driver at any time during the period June 20, 2017 to February 4, 2019.

3.       The Court approves, as to form and content, the proposed Notice to Collective Action Members. The Court finds that the procedures for notifying FLSA Collective Members about the settlement as described in the Agreement provide the best notice practicable under the circumstances.  The Court approves the notice program as set forth in the Agreement, including the timing and method of providing notice.

4.      The Parties are ordered to carry out the settlement according to the terms of the Agreement.

5.      The Court approves the request for Plaintiffs' counsel's litigation expenses and Plaintiff's counsel's fees and costs in the amount of $58,333.33, finding that such fees and costs are fair and reasonable; and

6.      The case is dismissed without prejudice to convert to a dismissal with prejudice after six months, each party to bear its own fees and costs except as otherwise provided in the Agreement and by this Order.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Date: March 25, 2019                           s/Marianne o. Battani
                                               MARIANNE O. BATTANI
                                               United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on March 25, 2019.

                                   s/ Kay Doaks
                                   Case Manager